# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           **Case No. 2:22-CR-187**

                                               **JUDGE EDMUND A. SARGUS, JR.**

AHMED A. SH. AHMED,

    Defendant.

## ORDER

    This matter arises on Defendant Ahmed A. Sh. Ahmed's Motion to Withdraw Guilty Plea (the "Motion") (ECF No. 24), to which Plaintiff United States of America opposes (ECF No. 27). Defendant specifically asks the Court to issue an Order pursuant to Rule 11(d)(2)(B) of the Federal Rules of Criminal Procedure allowing him to withdraw his previously entered guilty plea and permit him to have a trial on the question of his guilt as to the offenses set forth in the Bill of Information (ECF No. 1). (Mot. at 1, ECF No. 24)

    On May 3, 2023, this Court held a hearing on Defendant's Motion. For the reasons stated on the record, Defendant's Motion is **DENIED**. (ECF No. 24.)

    **IT IS SO ORDERED.**

**5/4/2023**                                        s/Edmund A. Sargus, Jr.
**DATE**                                       **EDMUND A. SARGUS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**